UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

K.F. by and through her parents and guardians, JOHN AND EMBER FRY,

Plaintiff,

v.

REGENCE BLUESHIELD, *et al.*,

Defendants.

Case No. C08-0890RSL

ORDER

This matter comes before the Court on Regence Blueshield's "Motion for Clarification Regarding Court's Order Regarding Plaintiff's Motion to Seal." Dkt. # 19. The 2003 General Order requiring parties to redact personal identifiers from documents is designed to reduce the risks posed by electronic filing. Because the administrative record in this matter will be filed in paper (CM/ECF Civil and Criminal Procedures at 8), it will not be remotely accessible and need not be redacted. If, however, an excerpt of the record is subsequently filed as part of a motion or as an exhibit, the filing party must redact all personal information or move to seal the document.

Dated this 23rd day of June, 2008.

Robert S. Lasnik
United States District Judge

ORDER